UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* THE HDF GROUP,<br><br>        Plaintiff,<br><br>  v.<br><br>CRAY INC.,<br><br>        Defendant. | **FILED UNDER SEAL**<br><br>No. 17 Civ. 8813 (LGS) |

## ORDER

The United States (the "Government") having now declined to intervene pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), with respect to the claims raised in the *qui tam* complaint filed by the relator in the above-captioned action,

IT IS HEREBY ORDERED THAT:

  1. The complaint, this Order, and the Notice of Decision to Decline Intervention shall be unsealed thirty days after entry of this Order.  In the event that the relator has not dismissed the complaint, service of the *qui tam* complaint upon the defendant by the relator is authorized as of that date.  If the relator voluntarily dismisses the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within this thirty-day period, the relator may seek to modify this Order with the consent of the United States or by motion on notice to the United States.

  2. The Notice of Election to Decline Intervention filed by the Government shall be served by the relator upon defendant only after service of the complaint.

  3. Except for the *qui tam* complaint, this Order, and the Notice of Decision to Decline Intervention, all other contents of the Court's file in this action as of the date of this Order shall remain under seal and not be made public or served upon the defendant.

4. Upon the unsealing of the complaint, the seal shall be lifted as to all matters occurring in this action subsequent to the date of this Order.

5. The parties shall serve all pleadings and motions filed in this matter, including supporting memoranda, upon the Government. The Government may order any transcripts of depositions. The Government may seek to intervene with respect to the allegations in the relator's complaint (or any subsequent amended complaint), for good cause, at any time.

6. All further orders of this Court in this matter shall be sent to the Government by the relator.

7. Should the relator or the defendant propose that the complaint or any of its allegations be dismissed, settled, or otherwise discontinued, the moving party or parties must solicit the written consent of the Government before applying for Court approval.

SO ORDERED:

Dated: New York, New York
　　　　August  17 , 2020

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**